# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JOSEPH C ACOFF,

    Petitioner,

v.                                        CASE NO. 5:19cv215-MCR-HTC

MARK S. INCH,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 31, 2020. ECF No. 31. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

(2) The clerk of the court for the United States District Court for the Northern District of Florida is directed to enter the following judgment: "The Petition Under 28 U.S.C. § 2254 challenging the conviction in *State v. Acoff*, No. 2012 CF 2382, in Bay County, Florida, is **DENIED** in its entirety"

(3) The clerk is directed to close the file for this case.

**DONE AND ORDERED** this 29th day of June 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**