UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH C. ACOFF,

    Petitioner,

v.                                                               Case No. 5:19cv215-MCR-HTC

RICKY DIXON,

    Respondent.

_____/

**ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 24, 2022 (ECF No. 62) for a factual determination of when Joseph C. Acoff first delivered his *pro se* notice of appeal to prison authorities for mailing.[1] The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

---

[1] The Eleventh Circuit remanded the matter to this Court "for a factual determination as to when Joseph C. Acoff first delivered his *pro se* notice of appeal to prison authorities for mailing" and then to "return the record, as supplemented, to [the Eleventh Circuit] for further proceedings." ECF Doc. 46. The undersigned referred the matter to the Magistrate Judge "for a report and recommendation on the proper resolution of this factual dispute, pursuant to Rule 72(b) of the Federal Rules of Civil Procedure." ECF Doc. 47 (citing N.D. Fla. Loc. R. 72.3; 28 U.S.C. § 636(b)(1)(B)).

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (ECF No. 62) and findings of facts are adopted and incorporated by reference in this order.

(2) The Court finds that Acoff submitted his notice of appeal to prison mail officials at Everglades CI on August 2, 2021.

(3) The Clerk is directed to return the record, as supplemented herein, to the Eleventh Circuit for further proceedings.

**DONE AND ORDERED** this 23rd day of May 2022.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**